THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERRY ELLIOTT MERRIFIELD,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER TERMINATING SUPERVISION**<br><br>Case No. 4:18-CR-00111-001<br><br>District Judge David Nuffer |

On October 1, 2024, Merrifield submitted a Pro se Motion[1] requesting early termination of his 60-month supervised release, and United States Probation and the prosecution were ordered[2] to respond to this Motion. On October 7, 2024, Probation filed a response on behalf of itself and the United States.[3]

Merrifield began his term of supervised release on April 9, 2022, and it is scheduled to end on April 8, 2027.[4] The record establishes defendant: (1) meets the criteria for early termination according to the Guide of Judicial Policy; (2) has been compliant since his supervised release began on April 9, 2022; and (3) is married and is gainfully employed.[5]

---

[1] Pro se Motion for Early Termination of Supervised Release, docket no. 33, filed October 1, 2024.

[2] Docket Text Order, docket no. 34, filed October 3, 2024.

[3] Report on Person Under Supervised Release, docket no. 35, filed October 9, 2024.

[4] *Id*.

[5] Motion at 2.

Defendant's Motion is GRANTED and Defendant's supervised release is TERMINATED.

Signed October 9, 2024.

BY THE COURT

David Nuffer
United States District Judge